## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV09-08537-AHM (RNBx) | Date | September 29, 2010 |
|---|---|---|---|
| Title | YU-LING TENG v. DISTRICT DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**          IN CHAMBERS (No Proceedings Held)
Further Order on the Second Order to Show Cause re Dismissal for Lack of Prosecution

On May 6, 2010, this Court again ordered plaintiff to file a brief showing cause why this action should not be dismissed as to all remaining defendants for lack of prosecution. On May 20, 2010, plaintiff timely filed her Proof of Service Summons and Complaint upon the District Director. On May 21, 2010, the Court discharged the May 6, 2010 order to show cause. However, to date, nothing else has been filed in this action.

Accordingly, the Court, on its own motion, hereby orders plaintiff to show cause in writing no later than October 13, 2010 why this action should not be dismissed as to all remaining defendants for lack of prosecution.

As an alternative to a written response by plaintiff, the Court will accept one of the following, if it is filed on or before the above date, as evidence that the matter is being prosecuted diligently.

- Proof of service of summons and complaint (applicable for defendant(s) who have not been served)
- Request for entry of default by plaintiff(s) (applicable where defendants have been served but not answered). Plaintiff is also reminded to pursue Rule 55 remedies promptly upon default of any defendant.

/ / /

/ / /

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-08537-AHM (RNBx) | Date | September 29, 2010 |
|----------|----------------------|------|--------------------|
| Title | YU-LING TENG v. DISTRICT DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES | | |

     No oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff is due.

                                                                                             :

Initials of Preparer                              SMO