UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| YU-LING TENG, | ) | CV09-08537-AHM (RNBx) |
| | ) | |
| Plaintiff(s), | ) | ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, | ) ) ) | |
| | ) | |
| Defendant(s). | | |

On September 29, 2010, the Court again ordered plaintiff to show cause in writing, no later than October 13, 2010, why the above-entitled action should not be dismissed as to all remaining defendants for lack of prosecution. To date, plaintiff has not complied with this order.

Accordingly, good cause appearing therefor, the Court hereby DISMISSES this action pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to obey an order of this Court. The Clerk of the Court is directed to close the file.

IT IS SO ORDERED.

Dated: November 10, 2010

**JS-6**

A. HOWARD MATZ
United States District Judge