ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ROBERT I. LESTER
Assistant United States Attorney (CBN 116429)
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2464
    Facsimile: (213) 894-7819
    E-mail: robert.lester@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YU-LING TENG,<br><br>        Petitioner,<br><br>    v.<br><br>PHYLLIS A. COVEN, District Director, United States Citizenship and Immigration Services, et al.,<br><br>        Respondents. | No. CV 09-8537-AG(RNBx)<br><br><br><br><br>**JUDGMENT FOR RESPONDENTS**<br><br>[Judge Andrew J. Guilford] |

1   In light of the order filed February 14, 2014 granting
2  Respondents' Motion to Dismiss Action with Prejudice, the Court
3  **ORDERS** that judgment be entered as follows:
4       1.  Judgment for respondents Phyllis A. Coven, Alejandro
5  Mayorkas, Janet Napolitano, and Eric H. Holder, Jr., and against
6  petitioner Yu-Ling Teng, dismissing the action.
7       2.  The Clerk of Court shall close this case.
8       **IT IS SO ORDERED.**
9  DATED:  February 25, 2014.

                                    _____
                                    UNITED STATES DISTRICT JUDGE
                                    ANDREW J GUILFORD

-1-